**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Etroy Carlos MOORER, Defendant–
Appellant.**

No. 03–6752.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2003.

Decided June 26, 2003.

Etroy Carlos Moorer, Appellant Pro Se. Sean Kittrell, Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before NIEMEYER, KING and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Etroy Carlos Moorer seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Moorer has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*